# Court of Appeals
# of the State of Georgia

ATLANTA,  February 27, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0328.  JAMES CLAYTON BRADFORD v. THE STATE.**

On December 18, 2018, the trial court entered an order revoking James Clayton Bradford's probation. On February 2, 2019, Bradford filed this application for discretionary appeal seeking review of that order. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because Bradford's application was filed 46 days after entry of the order he seeks to appeal, it is untimely. We thus lack jurisdiction over this application for discretionary appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  02/27/2019
  *I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
  *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

Stephen E. Castlen , *Clerk.*